SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 FEB 18 PM 3:08

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 8:16CR 62 |
| FRANCISCO GOMEZ, ROSE GOMEZ, JASON HIBBS, MANUEL ORTIZ, LORI FORMANEK, AND MARIA ROBLES-ROJAS, | INDICTMENT 21 U.S.C. § 846 |
| Defendants. | |

The Grand Jury Charges:

## COUNT I

Beginning on or about April, 2015, and continuing to on or about August, 2015, in the District of Nebraska, the defendants, FRANCISCO GOMEZ, ROSE GOMEZ, JASON HIBBS, MANUEL ORTIZ, LORI FORMANEK, and MARIA ROBLES-ROJAS, knowingly and intentionally, combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

                                                                                    _____
                                                                                    KIMBERLY C. BUNJER
                                                                                    Assistant U.S. Attorney