PS 8
(Rev. 12/04)



# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 MAY -4 PM 3:41

OFFICE OF THE CLERK

U.S.A. vs. Jason Hibbs                                  Docket No. 8:16CR00062

Petition for Action on Conditions of Pretrial Release

COMES NOW Theresa Rerucha, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jason Hibbs, who was placed under pretrial release supervision by the Honorable Thomas D. Thalken sitting in the Court at Omaha, on March 29, 2016, and modified condition on April 28, 2016 under the following conditions:

The defendant shall:
- (k) Reside at agency, work release center, etc facility at all times. In the event that the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release.

Respectfully presenting petition for action of Court and for cause as follows:
On May 1, 2016, after failing a drug test administered at the Oxford House in Kearney, Nebraska, the defendant was asked to leave the Oxford House, and is not allowed to return.

PRAYING THAT THE COURT WILL ORDER a **sealed warrant** be issued for the arrest of the defendant, so that he can be brought before the court to answer to the above noted allegations

ORDER OF COURT

Considered and ordered this
day of  5/4/2016 , 20        and ordered
filed and made a part of the records in the
above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 4, 2016

_____
USPTS

Reviewed and Approved by:

_____
Douglas D. Steensma
Supervising U.S. Probation and Pretrial
Services Officer