IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:16CR00062 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ADOPTION OF PRESENTENCE |
| vs. | ) | INVESTIGATION REPORT |
| | ) | |
| JASON L. HIBBS, | ) | |
| | ) | |
| Defendant. | ) | Judge Rossiter |

Comes now the Defendant, by and through his attorney of record, and pursuant to NECrimR.32.1(b) and this Court's Order on Sentencing Schedule, hereby represents that the Defendant has reviewed the Revised Presentence Investigation Report prepared by United States Probation Officer Jennifer M. Reynolds, and that there are no unresolved objections or controverted matters with regard to the presentence report.

DATED this 19th day of April, 2017.

                                      **s/ Barbara Thielen**
                                      Bar Number: 16673
                                      Attorney for Defendant
                                      Fabian & Thielen
                                      1823 Harney Street, Suite 100
                                      Omaha, NE  68102
                                      Telephone: (402) 733-7766
                                      Fax: (402) 733-7898
                                      E-mail: bthielen@fabianthielen.com
                                                       kim@fabianthielen.com

CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Kimberly C. Bunjer.

                                                  **s/ Barbara Thielen**
Bar Number: 16673
Attorney for Defendant
Fabian & Thielen
1823 Harney Street, Suite 100
Omaha, NE 68102
Telephone: (402) 733-7766
Fax: (402) 733-7898
E-mail: bthielen@fabianthielen.com
        kim@fabianthielen.com